**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Case No. 13-22662-AJC

WALTER A. LISTA Chapter 7

Debtor.
_____________________________________/

BARRY E. MUKAMAL, as Chapter 7 Trustee for the bankruptcy estate of Walter A. Lista, Adv. Pro. No. 13-01866-AJC

Plaintiff,

v.

MARTA V. LISTA, WALTER A. LISTA, and WALTER L. LISTA,

Defendants.
_____________________________________/

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

Name and Address of Judgment Creditor:
Barry E. Mukamal, as Chapter 7 Trustee for
the bankruptcy estate of Walter A. Lista
c/o Stearns Weaver, et al.
150 West Flagler, Suite 2200
Miami, Florida 33130

Amount of Judgment:
$4,267.00

Other Costs:
$

vs.

Name and Address of Judgment Debtor

Marta V. Lista
12961 Deva Street
Coral Gables, Florida 33156

Date of Entry of Judgment:
February 14, 2014

**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA:**

You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**

You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

4/10/2014
Date

CLERK OF COURT

By: ______________________
Deputy Clerk

**ORDERED in the Southern District of Florida on February 13, 2014.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Case No. 13-22662-AJC

WALTER A. LISTA Chapter 7

Debtor.
_________________________________/

BARRY E. MUKAMAL, as Chapter 7 Trustee for the bankruptcy estate of Walter A. Lista, Adv. Pro. No. 13-01866-AJC

Plaintiff,

v.

MARTA V. LISTA, WALTER A. LISTA, and WALTER L. LISTA,

Defendants.
_________________________________/

Certified to be a true and correct copy of the original
Katherine Gould Feldman, Clerk
U.S. Bankruptcy Court
So. Dist. Of Fla.
By ________ Deputy Clerk
Date: 4/10/2014

**FINAL DEFAULT JUDGMENT AGAINST**
**DEFENDANTS MARTA V. LISTA AND WALTER L. LISTA**

Plaintiff, Barry E. Mukamal, duly appointed and acting Chapter 7 Trustee ("Trustee Mukamal") of the estate of Debtor, Walter A. Lista, filed a Verified Motion [ECF No. 16]

seeking entry of defaults against Defendants, Marta V. Lista and Walter L. Lista ("Defendants"). Defaults were entered against Defendants on January 9, 2013 [ECF Nos. 18 and 19]. Therefore, on the Ex Parte Motion for Entry of Final Judgment [ECF No. 27], filed by Plaintiff, Trustee Mukamal, judgment is entered against Defendants as follows:

1. The Automobile, as that term is used in the Complaint, is property of the Debtor's estate.

2. Plaintiff, Barry E. Mukamal, duly appointed and acting Chapter 7 Trustee of the estate of Debtor, Walter A. Lista, whose address is c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., 150 W. Flagler Street, Suite 2200, Miami, Florida 33130, shall recover from Defendants, Marta V. Lista and Walter L. Lista, whose address is 12961 Deva Street, Coral Gables, Florida 33156, the amount of FOUR THOUSAND TWO HUNDRED SIXTY-SEVEN AND 00/100 U.S. DOLLARS ($4,267.00), for which let execution issue forthwith.

3. This Final Default Judgment is entered pursuant to Fed. R. Bank. P. 7058.

###

**Submitted by**:
Eric J. Silver, Esq.
esilver@stearnsweaver.com

(Attorney Silver is directed to serve a conformed copy of this judgment upon interested parties and file a certificate of service.)

#3338835 v1